# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| FRANKLIN L. BLIGE, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. CV405-35<br>[Underlying CR499-18] |

## REPORT AND RECOMMENDATION

Movant has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal prison sentence. Because the motion is barred by the statute of limitations applicable to § 2255 motions, the Court recommends that the motion be DENIED.

The Antiterrorism and Effective Death Penalty Act of 1996 amended § 2255 to require a movant to file a § 2255 motion within one year of the date movant's conviction becomes final. Movant was convicted on June 15, 1999, and because he did not file an appeal, his conviction became final ten days after the Court entered judgment following sentencing. Mederos v. United States, 218 F.3d 1252, 1253 (11th Cir. 2000). Therefore, under

§ 2255 ¶6(1), petitioner's conviction became final on June 25, 1999, when the time for filing a notice of appeal expired. See Fed. R. App. P. 4(b)(1)(A)(i) (establishing ten-day period). Movant should have filed his § 2255 motion within a year of that date, or by June 25, 2000. However, he executed his § 2255 motion on February 27, 2005, more than four years after his conviction became final. Thus, it is time-barred. Movant presents no newly discovered evidence or rule of law to excuse his untimely filing. Accordingly, the Court recommends that movant's § 2255 motion be DENIED.

SO REPORTED AND RECOMMENDED this 15th day of April, 2005.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

Franklin L. Blige  
_____ )

vs ) CASE NUMBER CV405-35

United States of America  
_____ ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below, and

2. That the aforementioned enveloped contained a copy of the document dated 4/15/05 , which is part of the official record of this case.

Date of Mailing: 4 15 05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By _____ B. Wt _____  
Deputy Clerk

<u>Name and Address</u>

Franklin Leon Blige USP McCreary 0651-021, Unit 5A P.O. Box 3000 Pine Knot KY 42635  
Amy Lee Copeland U.S. Attorney's Office P.O. Box 8970 Savannah, GA 31412

[ ] Copy placed in Minutes  
[ ] Copy given to U.S.  
[X] Copy given to Magistrate